UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MILTON SIMON,

                       Plaintiff,

     -against-

CITY OF NEW YORK DEPARTMENT OF
CORRECTIONS et al.,

                       Defendants.

-----------------------------------------------------------X

18-CV-12063 (JGK)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/20

**SARAH NETBURN, United States Magistrate Judge:**

      On Tuesday, November 12, 2019, the Honorable John G. Koeltl referred this case to my docket for general pretrial supervision. Accordingly, an Initial Pretrial Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure is scheduled for Tuesday, December 03, 2019, at 12:30 p.m. As Plaintiff is currently incarcerated at the Sing Sing Correctional Facility, the Initial Pretrial Conference shall be conducted by telephone. At that time, the parties shall call Chambers at (212) 805-0286.

      The purpose of this conference is to address Defendants' request for medical releases and additional information concerning the John Doe Defendants. The Court will also set a pretrial discovery schedule.

      IT IS HEREBY ORDERED that the Warden or other official in charge of the Sing Sing Correctional Facility produce Milton Simon, 17-A-5211, on Tuesday, December 03, 2019, no later than 12:30 p.m., to a suitable location within the Sing Sing Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the

Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Rachel Slusher at (212) 805-0286.

Defense counsel must: (1) send this Order to the Warden immediately; (2) contact Sing Sing Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff on the line at the time and date of the conference. The parties are reminded to email Chambers a jointly-prepared proposed case management plan, available at https://nysd.uscourts.gov/hon-sarah-netburn, at least one week before the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: November 22, 2019
New York, New York

cc: Milton Simon (*By Chambers*)
17-A-5211
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562