UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MILTON SIMON,

          Plaintiff,      18-CV-12063 (JGK)(SN)

  -against-            **ORDER**

CITY OF NEW YORK DEPARTMENT OF
CORRECTIONS et al.,
          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

  In order to better accommodate Sing Sing Correctional Facility's schedule, the Initial Pretrial Conference to be conducted by phone on Tuesday, December 3, 2019, is RESCHEDULED to 11:30 a.m. that day.

  IT IS HEREBY ORDERED that the Warden or other official in charge of the Sing Sing Correctional Facility produce Milton Simon, 17-A-5211, on Tuesday, December 3, 2019, no later than 11:30 a.m., to a suitable location within the Sing Sing Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Rachel Slusher at (212) 805-0286.

  Defense counsel must: (1) send this Order to the Warden immediately; (2) contact Sing Sing Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court with Plaintiff

on the line at the time and date of the conference.

**SO ORDERED.**


DATED:   November 27, 2019
         New York, New York

CC:      Milton Simon (*By Chambers*)
         17-A-5211
         Sing Sing Correctional Facility
         354 Hunter Street
         Ossining, NY 10562