**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**MILTON SIMON.,**

                 **Plaintiff,**          18cv12063 (JGK)

        - against -                <u>ORDER</u>

**C.O. JOHN DOE ET AL.**

                **Defendants.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    This case is stayed until July 17, 2020. The parties are advised to give the Court a status update in advance of that date. Chambers will mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 14, 2020**      <u>  /s/ John G. Koeltl  </u>
                                           **John G. Koeltl**
                                **United States District Judge**