```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
MILTON SIMON,

                    Plaintiff,              18cv12063 (JGK)

        - against -                         ORDER

CITY OF NEW YORK et al.,

                    Defendants.
─────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

The application to continue the stay for 60 days is granted. The defendants should serve a copy of this order on the plaintiff.

**SO ORDERED.**

**Dated:**   New York, New York
           July 30, 2020                 _____/s/ John G. Koeltl_____
                                                John G. Koeltl
                                         United States District Judge