USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MILTON SIMON,

                        Plaintiff,

          -against-

C.O. JOHN DOE, et al.,

                       Defendants.

-----------------------------------------------------------------X

18-CV-12063 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        In order to better accommodate Sing Sing Correctional Facility's schedule, the telephone conference currently scheduled for Tuesday, October 20, 2020, at 11:00 a.m. is RESCHEDULED to 2:00 p.m. that same day. At that time, the parties shall call the Court's dedicated conference line at (877) 402-9757 and enter Access Code 7938632 #.

        IT IS HEREBY ORDERED that the Warden or other official in charge of the Sing Sing Correctional Facility produce Milton Simon, Inmate No. 17-A-5211, on Tuesday, October 20, 2020, no later than 2:00 p.m., to a suitable location within the Sing Sing Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

        Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Sing Sing Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 16, 2020
         New York, New York