UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MILTON SIMON,

                         **Plaintiff,**        18-CV-12063 (JPC)(SN)

          -against-        **ORDER**

C.O. JOHN DOE, et al.,

                      **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On October 20, 2020, the parties appeared before me for a status conference. As stated at the conference, Defendants will promptly send Plaintiff the medical records release form. By no later than October 30, 2020, Plaintiff is ORDERED to mail the completed medical records release form to Defendants. As the Court previously ordered, Plaintiff is not required to authorize the release of records related to HIV and/or drug treatment. <u>See</u> ECF 50.

      Defendants shall submit a status letter to the Court on Monday, December 21, 2020, which shall include the date of Plaintiff's deposition.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                         SARAH NETBURN
                                         United States Magistrate Judge

DATED:     October 23, 2020
               New York, New York

cc:          Milton Simon
            DIN No. 17-A-5211
            Sing Sing Correctional Facility
            354 Hunter Street
            Ossining, NY 10562

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2020