UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MILTON SIMON,

                              **Plaintiff,**                         18-CV-12063 (JPC)(SN)

      -against-                                              <u>**ORDER**</u>

C.O. JOHN DOE, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants shall submit a status letter to the Court on February 10, 2021, which shall indicate whether Plaintiff's deposition proceeded as scheduled and the status of discovery.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
DATED:     December 22, 2020               United States Magistrate Judge
               New York, New York