USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MILTON SIMON,

                                **Plaintiff,**                       **18-CV-12063 (JPC)(SN)**

             -against-                              **ORDER TO PRODUCE**

C.O. JOHN DOE, et al.,

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    **WHEREAS**, Milton Simon (DIN No. 17-A-5211), Plaintiff *pro se*, is a state prisoner who is in the custody of the New York State Department of Corrections and Community Supervision at Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562;

    **IT IS HEREBY ORDERED** that the deposition of Plaintiff in <u>Milton Simon v. C.O. John Doe, et al.</u>, No. 18-cv-12063, shall be conducted by video-conference on April 15, 2021, beginning at 10:00 a.m., and shall be recorded by stenographic means; and

    **IT IS HEREBY FURTHER ORDERED** that the Warden or other official in charge of Sing Sing Correctional Facility, shall produce Plaintiff, by video-conference, for such deposition at the aforementioned date and time, and for so long thereafter, from day to day, as the deposition continues, for a total of up to seven hours.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                                       _____
                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:    March 12, 2021
                New York, New York