UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MILTON SIMON,

                             **Plaintiff,**

              -against-

**C.O. JOHN DOE, et al.,**

                             **Defendants.**

-----------------------------------------------------------------X

18-CV-12063 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    **WHEREAS**, Milton Simon (DIN No. 17-A-5211), Plaintiff *pro se*, is a state prisoner who is in the custody of the New York State Department of Corrections and Community Supervision at Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562;

    **IT IS HEREBY ORDERED** that the deposition of Plaintiff in Milton Simon v. C.O. John Doe, et al., No. 18 Civ. 12063, shall be conducted by video-conference on June 4,2021, beginning at 10:00 a.m. – under penalty of sanction, including dismissal of this matter should plaintiff fail to participate in his deposition – and shall be recorded by stenographic means; and

    **IT IS HEREBY FURTHER ORDERED** that the Warden or other official in charge of Sing Sing Correctional Facility, shall produce Plaintiff, by video-conference, for such deposition at the aforementioned date and time, and for so long thereafter, from day to day, as the deposition continues, for a total of up to seven hours.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: May 3, 2021
New York, New York