**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**MILTON SIMON,**

                            **Plaintiff,**

        -against-

**C.O. JOHN DOE, et al.,**

                          **Defendants.**

-----------------------------------------------------------------X

**18-CV-12063 (JPC)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2021

**SARAH NETBURN, United States Magistrate Judge:**

    By order on May 3, 2021, the Court scheduled a conference in this matter for today, May 7, 2021, at 1:00 p.m. Neither party appeared. Accordingly, today's conference is RESCHEDULED to Monday, May 17, 2021, at 1:00 pm. At that time, the parties shall call the Court's dedicated conference line at (877) 402-9757 and enter Access Code 7938632 #.

    IT IS HEREBY ORDERED that the Warden or other official in charge of the Sing Sing Correctional Facility produce Milton Simon, Inmate No. 17-A-5211, on Monday, May 17, 2021, no later than 12:55 p.m., to a suitable location within the Sing Sing Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.

    Defense counsel must: (1) send this Order to the Warden immediately; (2) contact the Sing Sing Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 7, 2021
           New York, New York