```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/202
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MILTON SIMON,

                          **Plaintiff,**

    -against-

C.O. JOHN DOE, et al.,

                          **Defendants.**

-----------------------------------------------------------------X

18-CV-12063 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the close of discovery, Defendants are directed to file a letter no later than June 25, 2021, requesting a settlement conference if they believe it would be productive.

    Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                       _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

**DATED:**      June 14, 2021
                 New York, New York