```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/202
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MILTON SIMON,

                                   **Plaintiff,**

           -against-

**DOCTOR AUGUSTE, et al.,**

                                   **Defendants.**

-----------------------------------------------------------------X

18-CV-12063 (JPC) (SN)

<u>ORDER TO PRODUCE</u>

**SARAH NETBURN, United States Magistrate Judge:**

       By order on June 25, 2021, the Court scheduled a settlement conference in this matter, to be held on Monday, August 2, 2021, at 10:00 a.m.

       IT IS HEREBY ORDERED that the Warden or other official in charge of the Sing Sing Correctional Facility produce Milton Simon, Inmate No. 17-A-5211, on Monday, August 2, 2021, no later than 9:55 a.m., to a suitable location within the Sing Sing Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel, and be permitted to call the Court's teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

       Defense counsel is directed to send this Order to the Warden immediately and contact the Sing Sing Correctional Facility to arrange the call.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 26, 2021
         New York, New York