UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MILTON SIMON,

                                **Plaintiff,**

      -against-

C.O. JOHN DOE, et al.,

                              **Defendants.**

------------------------------------------------------------------X

**18-CV-12063 (JPC) (SN)**

**ORDER TO PRODUCE**

**SARAH NETBURN, United States Magistrate Judge:**

By order on August 23, 2021, the Court scheduled a conference in this matter, to be held on Friday, September 3, 2021, at 9:30 a.m.

IT IS HEREBY ORDERED that the Warden or other official in charge of the Sing Sing Correctional Facility produce Milton Simon, Inmate No. 17-A-5211, on Friday, September 3, 2021, no later than 9:25 a.m., to a suitable location within the Sing Sing Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel, and be permitted to call the Court's teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

Defense counsel is directed to send this Order to the Warden immediately and contact the Sing Sing Correctional Facility to arrange the call.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/202

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 23, 2021
         New York, New York