UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MILTON SIMON,

                Plaintiff,

     -against-

CITY OF NEW YORK DEPARTMENT
OF CORRECTIONS, et al.,

                Defendants.

------------------------------------------------------------X

18-CV-12063 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 6, 2022, the Court granted Defendants' request for an extension of time and set a new briefing schedule for the combined Motion to Dismiss and Motion for Summary Judgment. ECF No. 98. In accordance with the schedule, Defendants filed the motion on January 14, 2022. Plaintiff's opposition was due on March 8, 2022. As of the issuance of this order, Plaintiff has not yet filed his opposition. In light of Plaintiff's *pro se* incarcerated status, the Court *sua sponte* grants Plaintiff an extension of two weeks to file his opposition. Plaintiff shall file his opposition by no later than April 6, 2022. Defendants shall file their reply, if any, by April 20, 2022. If Plaintiff fails to oppose, the Court will consider the matter fully briefed. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
             March 25, 2022