```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MILTON SIMON,

                Plaintiff,                18-CV-12063 (JPC)(SN)

  -against-                **ORDER**

CITY OF NEW YORK DEPARTMENT
OF CORRECTIONS, et al.,

                Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendants shall respond to Plaintiff's opposition (ECF No. 106) no later than April 26, 2022. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
            April 13, 2022