UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MILTON SIMON,

                    Plaintiff,                    18 **CIVIL** 12063 (JPC) (SN)

    -against-                                 **<u>JUDGMENT</u>**

CITY OF NEW YORK DEPARTMENT
OF CORRECTIONS *et al.*,

                    Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2022, the Plaintiff's complaint is DISMISSED without prejudice with respect to Defendants "C.O. John Doe (Clinc-Post)" and "Doctor Devour of Medical," and the case is closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**DATED:** New York, New York

       August 31, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                    **BY:**

                                                               **Deputy Clerk**